# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| IN RE: | ) | CHAPTER: 13 |
|---|---|---|
|  | ) |  |
| Kimberly M. Gardner | ) | Case No 07-10163 |
|  | ) |  |
|  | ) | JUDGE: A Benjamin Goldgar |
| Debtor(s). | ) |  |

## ORDER DISMISSING CHAPTER 13 CASE

This cause coming to be heard on Debtor's Motion to Voluntarily Dismiss there Chapter 13, the Court having found due notice having been given to all parties, and the court being advised in the premises:

**IT IS HEREBY ORDERED** that the above captioned Chapter 13 case be and hereby is dismissed.

ENTER:

BANKRUPTCY JUDGE

13 OCT 2009

ZALUTSKY & PINSKI, LTD.
20 North Clark Street,
Suite 600
Chicago, Illinois 60602
(312) 782-9792