Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:   07−10163
Chapter:   13
Judge:   A. Benjamin Goldgar

In Re:
   Kimberly M. Gardner
   aka Kimberly Lewis
   11649 S Rogowski Dr
   Merrionette Park, IL 60803

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9715

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on October 13, 2009

FOR THE COURT

Dated: October 14, 2009                                         Kenneth S. Gardner , Clerk
                                                                                      United States Bankruptcy Court