# Notice Recipients

District/Off: 0752–1            User: pseamann            Date Created: 10/14/2009
Case: 07–10163                  Form ID: ntcdsm           Total: 46

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
11406726   Federal National Mortgage
11406742   Z Financial LLC

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | Kimberly M. Gardner | 11649 S Rogowski Dr   Merrionette Park, IL 60803 |
| tr | Marilyn O Marshall | 224 South Michigan Ste 800   Chicago, IL 60604 |
| aty | Alexander Tynkov | Zalutsky &Pinski, Ltd   20 N Clark St   Suite 600   Chicago, IL 60602 |
| aty | Kerrie S Neal | Zalutsky &Pinski, Ltd.   20 North Clark St   Suite 600   Chicago, IL 60602 |
| aty | Shamira A Youkhaneh | Zalutsky &Pinski   20 N Clark Street 6th Floor   Chicago, IL 60602 |
| aty | Tiffany L Quinn | Zalutsky &Pinski Ltd   20 North Clark Street   Suite 600   Chicago, IL 60602 |
| 11612047 | Aspire VISA Gold | P.O. Box 23051   Columbus, GA 31902–3051 |
| 11612161 | Aspire VISA Gold | P.O. Box 23051   Columbus, GA 31902–3051 |
| 11612482 | Aspire VISA Gold | P.O. Box 23051   Columbus, GA 31902–3051 |
| 11612747 | Aspire VISA Gold | P.O. Box 23051   Columbus, GA 31902–3051 |
| 11640825 | Aspire Visa Gold | Columbus Bank &Trust Company   P.O. Box 23051   Columbus, GA 31902–3051 |
| 11499339 | CITY OF CHICAGO | DEPARTMENT OF REVENUE   BUREAU OF PARKING–BANKRUPTCY   121 N. LASALLE STREET, ROOM 107A   CHICAGO, IL 60602 |
| 11464737 | COOK COUNTY TREASURER'S OFFICE | LEGAL DEPARTMENT   118 NORTH CLARK STREET – ROOM 112   CHICAGO, IL 60602 |
| 11406716 | Centrix Resource Syste | 5690 Dtc Blvd Ste 270   Englewood, CO 80111 |
| 11406717 | Certified Recovery System | 6161 Savoy Dr Suite 600   Houston, TX 77036 |
| 11406718 | City of Chicago | Department of Revenue   P.O. Box 5676   Chicago, IL 60680–1292 |
| 11406719 | Columbus Bank &Trust | Po Box 105555   Atlanta, GA 30348 |
| 11406720 | Comcast | c/o Credit Protection Association   13355 Noel Road   Dallas, TX 75240 |
| 11406721 | Cook County Collector | 113 8. Clark St.   Chicago, IL 60602 |
| 11406722 | Credit Acceptance Corporation | 25505 W Twelve Mile Rd Suite 3000   Southfield, MI 48034 |
| 11406723 | Credit Management | PO BOX 118288   Carrollton, TX 75011 |
| 11406724 | Department of Public Aid | 255 E. 79th Street   Chicago, IL 60619 |
| 11406725 | Fast Cash | 2533 N. Carson St.   Box 5600   Carson City, NV 89706–6669 |
| 11406727 | Great American Finance | 205 W Wacker Dr   Chicago, IL 60606 |
| 11406728 | Harvard Collection Service | 4839 North Elston Avenue   Chicago, IL 60630 |
| 11406729 | Heavner, Scott, Beyers &Mihlar | 111 E. Main St. Ste 200   Decatur, IL 62525 |
| 11406730 | Hsbc Nv | Po Box 19360   Portland, OR 97280 |
| 11406731 | Linebarger Goggan Blair &Sampson | Attorneys at Law   P.O. Box 06152   Chicago, IL 60606–0152 |
| 11406732 | MCI Communications | PO Box 163250   Columbus, OH 43216 |
| 11406733 | Medtox Laboratories | P.O. Box 238   Avon, MN 56310 |
| 11406734 | NCO Financial System | 2360 Campbell Creek   Richardson, TX 75082 |
| 11430940 | PEOPLES GAS LIGHT AND COKE COMPANY | 130 E RANDOLPH DRIVE   CHICAGO, IL 60601 |
| 11406735 | Pellettieri | 991 Oak Creek Dr   Lombard, IL 60148 |
| 11406736 | Peoples Engy | 130 E Randolph   Chicago, IL 60601 |
| 11550060 | Rent A Center | 11615 South Halsted   Chicago, IL 60628 |
| 11406738 | ST Francis Hospital and Health Cent | PO Box 2102   Bankruptcy Department   Bedford Park, IL 60499 |
| 11550061 | Somerset Park II | 3048 West 119th St   Merrionette, IL 60803 |
| 11406737 | Sprint | P.O. Box 650270   Dallas, TX 75265–0270 |
| 11456147 | Sprint Nextel Corporation | Attn Bankruptcy   P.O. Box 172408   Denver, CO 80217–2408 |
| 11406739 | Tribute/fbofd | 245 Perimeter Center Pk   Atlanta, GA 30346 |
| 11437887 | Velocity Credit Union | C/O Flatiron Financial Services Inc.   6782 S Potomac St   Centennial, CO 80112 |
| 11406740 | Velocity Cu | 610 E 11th St   Austin, TX 78767 |
| 11406741 | WOW Internet and Cable | PO BOX 5715   Carol Stream, IL 60197 |
| 11406743 | Zlotkoski &Papanicolas DDS | 3218 W. 115th St.   Chicago, IL 60655 |

TOTAL: 44